In re Carlos Rodríguez Ortiz, peticionario.—Jun. 9, 1926. No alegándose en la solicitud que el diploma que se acompaña no fué adquirido por correspondencia y no cumpliendo tampoco el peticionario con los requisitos que señala la Ley No. 38 de 1916, inciso 1, *no ha lugar* a admitirle al examen de reválida.

No. 2765.—El Pueblo, apldo., *v.* Solla, aplte.—C. D. San Juan. Infracción Ley de Automóviles. Jun. 10, 1926. Estando conforme el fiscal con los dos fundamentos alegados por el apelante como motivo para la revocación de la sentencia apelada, o sea, que los hechos relacionados en la denuncia no constituyen delito alguno y que la sentencia es contraria a la prueba; y apareciendo de la exposición del caso que la prueba practicada es claramente insuficiente para sostener dicha sentencia, se revocó la misma.

No. 3941.—Díaz Gerena, aplte., *v.* Pastrana et al., apldos. C. D. San Juan, Disto. 2º. Administración Judicial. Jun. 15, 1926. Apareciendo que la última prórroga para radicar la exposición del caso venció el 2 de marzo último, sin que desde entonces se haya hecho otra gestión por el apelante, se desestimó el recurso.

No. 3915.—Saurí et al., apldos. *v.* William W. Wollard, Thomas G. Wollard, Anna Belle Rolings, Clara Upton, Pedro Juan Serrallés Galiano y Juan Quesada, apltes. los dos últimos.—C. D. Guayama. Cumplimiento de contrato. Jun. 15, 1926. Moción sobre desestimación de apelación. Siendo dos las partes demandadas, quienes han apelado separadamente por sus respectivos abogados, y apareciendo que a una de ellas no se le ha notificado el escrito sobre desestimación, y en cuanto a la otra, el servicio de la notificación del escrito no cumple estrictamente con el estatuto, se declara sin lugar la moción.